**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1327**

_____

In re:  STEPHEN NIVENS,

        Petitioner.

_____

On Petition for Writ of Habeas Corpus.

_____

Submitted:  June 22, 2023                         Decided:  June 28, 2023

_____

Before WYNN, DIAZ, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Stephen Nivens, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Nivens petitions this court for a writ of habeas corpus. We dismiss the petition for lack of jurisdiction and decline to transfer it to the district court. *See* 28 U.S.C. § 1631; *Dragenice v. Ridge*, 389 F.3d 92, 100 (4th Cir. 2004). We also deny Nivens' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*